**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MICHAEL ANDERSON,

           Plaintiff,

-vs-                                            Case No.  2:10-cv-111-FtM-36SPC

CITY OF NAPLES; NAPLES POLICE
DEPARTMENT; RALPH ANTHONY,

           Defendants.
_____

## ORDER

This matter comes before the Court on Plaintiff's Renewed Motion to Strike Defendants' Response to Plaintiff's Motion for Summary Judgment and Defendants' Cross Motion for Summary Judgment (Doc. #40) filed on October 26, 2010.  On October 25, 2010, this Court accepted the filing of Defendants' Amended Response to Plaintiff's Motion for Summary Judgment (Doc. #36) and separate Cross Motion for Summary Judgment (Doc. #37) filed on October 22, 2010.  Thus, Plaintiff's Motion is due to be denied.  Plaintiff is reminded that he has 14 days from the date of service of Defendants' Cross Motion for Summary Judgment to file his opposition to the motion with the Court in a document not more than 20 pages in length.  Accordingly, it is now

**ORDERED:**

Plaintiff's Renewed Motion to Strike Defendants' Response to Plaintiff's Motion for Summary Judgment and Defendants' Cross Motion for Summary Judgment (Doc. #40) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___27th___ day of October, 2010.

                                                            SHERI POLSTER CHAPPELL
                                                            UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record