**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MICHAEL ANDERSON,

    Plaintiff,

v.                              Case No. 2:10-cv-111-FtM-CEH-36SPC

CITY OF NAPLES et al,

    Defendants.

_____

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT RALPH ANTHONY'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

COMES NOW, Plaintiff, MICHAEL ANDERSON, appearing pro se, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, and files this Motion to Compel Defendant RALPH ANTHONY to provide answers to Interrogatories, and as grounds therefore, Plaintiff submits the following:

Plaintiff served Defendant RALPH ANTHONY, through his legal counsel, Plaintiff's First Set of Interrogatories (Exhibit A), on November 16, 2010 (Exhibit B), as provided by Federal Rule of Civil Procedure 26(b)(1):

> "Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense — including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action. Relevant information need not be admissible at the trial if

1

the discovery appears reasonably calculated to lead to the discovery of admissible evidence. All discovery is subject to the limitations imposed by Rule 26(b)(2)(C)."

Defendant RALPH ANTHONY has failed to comply with the Plaintiff's set of Interrogatories, and has simply not responded at all prior to the date of close of discovery. The Discovery deadline in this case, as detailed in the Case Management Order, is December 2, 2010. Defendant RALPH ANTHONY has had sufficient time in which to file a Response to the Plaintiff's Interrogatories, but has failed to comply. Plaintiff therefore seeks an Order from the Court Compelling Defendant RALPH ANTHONY's Responses to Plaintiff's First Set of Interrogatories.

Plaintiff certifies that he has conferred with Counsel for the Defendants pursuant to Local Rule 3.01 to attempt to resolve this issue prior to bringing this Motion, but still has been unable to obtain any of the requested responses to the Interrogatories from the Defendants.

Having demonstrated that the interrogatories at issue have been served, and Defendant RALPH ANTHONY has not provided responses, Plaintiff respectfully requests that the Court enter an order compelling Defendant RALPH ANTHONY to provide answers to interrogatories, impose sanctions if the Court deems it is appropriate, or enter any other relief that is just and proper.

Dated: December 2, 2010.

Respectfully Submitted,

By: *[signature]*

Michael Anderson (pro se)
730 1st Street SW
Naples, FL 34117.
Phone (239) 530-3294

**CERTIFICATE OF SERVICE:**

I hereby certify that a copy of the foregoing has been furnished to:

James D. Fox, Esq. Roetzel & Andress, 850 Park Shore Drive, Third Floor, Trianon Centre, Naples, FL 34103, by hand delivery on this 2nd day of Dec, 2010

By: *[signature]*

Michael Anderson (pro se)

3