UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL ANDERSON,

           Plaintiff,

-vs-                                              Case No.  2:10-cv-111-FtM-36SPC

CITY OF NAPLES; NAPLES POLICE
DEPARTMENT; RALPH ANTHONY,

           Defendants.
_____

## ORDER

This matter comes before the Court on Defendants' Motion to Compel and Motion to Continue the Deposition of Michael Anderson Beyond the Discovery Period (Doc. #61) filed on December 9, 2010.  Plaintiff *pro se* Michael Anderson filed his response in opposition (Doc. #65) on December 13, 2010.  Thus, the motion is now ripe for review.

Counsel for Defendants deposed Plaintiff on November 29, 2010.  From excerpts of the transcript, the Court sees that Plaintiff was evasive, objected throughout the deposition, and generally refused to answer relevant questions posed to him.  Defendants now move this Court to allow counsel to continue the deposition of Anderson beyond the discovery cut-off date, which was December 2, 2010, and compel Anderson to answer Defendants' questions.

The Federal Rules of Civil Procedure allow discovery of any relevant, non-privileged material that is admissible or reasonably calculated to lead to admissible evidence.  Fed. R. Civ. P. 26(b)(1).  Courts interpret relevancy "broadly to encompass any matter that bears on, or that reasonably could lead to other matter[s] that could bear on, any issue that is or may be in the case.

<u>Oppenheimer Fund, Inc. v. Sanders</u>, 437 U.S. 340, 351 (1978). Plaintiff is advised that he filed this lawsuit and he is required to cooperate in discovery. Discovery standards are very liberal. Defense counsel is free to ask any relevant question of Plaintiff and is entitled to an answer.

The Court will allow the continuation of Anderson's deposition beyond the discovery period. The Court believes that it is necessary for the deposition to take place at the Federal Courthouse in Fort Myers, Florida on **December 30, 2010 at 9:00 a.m.** in a conference room adjacent to Courtroom 5D. The Court will be available during this time to address and resolve any disputes that may arise.

Accordingly, it is now

**ORDERED:**

Defendants' Motion to Compel and Motion to Continue the Deposition of Michael Anderson Beyond the Discovery Period (Doc. #61) is **GRANTED**. The continued deposition of Michael Anderson shall take place at the Federal Courthouse, 2110 First Street, Fort Myers, Florida, 33901 on **December 30, 2010 at 9:00 a.m.** in a conference room adjacent to Courtroom 5D. Anderson, counsel for Defendants, and a court reporter are required to attend. Failure to appear could result in sanctions.

**DONE AND ORDERED** at Fort Myers, Florida, this ___14th___ day of December, 2010.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record